MARC E. HANKIN (SBN: 170505)
E-Mail: Marc@hpl.law
ELODIE BARDON (SBN: 352856)
E-Mail: Elodie@hpl.law
**HANKIN PATENT LAW,**
A Professional Corporation
11414 Thurston Circle
Los Angeles, CA 90049
Tel: (310) 979-3600

Attorneys for PLAINTIFF,
**MMAS RESEARCH LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington limited liability company,<br><br>Plaintiff<br><br>v.<br><br>Karolinska Institutet; New York University; University of Pennsylvania; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE No. 2:25-CV-06309-ODW-AGR<br><br>**PLAINTIFF MMAS RESEARCH LLC'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff MMAS RESEARCH LLC, by and through its undersigned counsel of record, hereby gives notice of its voluntary dismissal of this entire case with prejudice.

Defendant has not answered or moved for summary judgment.

Respectfully submitted,

Dated: November 6, 2025       **HANKIN PATENT LAW, APC**

/*Marc E. Hankin*/

Marc E. Hankin, Esq.

Attorneys for Plaintiff,

**MMAS RESEARCH LLC**

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 11414 Thurston Circle, Los Angeles, CA  90049.

On November 6, 2025, I caused to be served the foregoing **PLAINTIFF MMAS RESEARCH LLC'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**, on Counsel for Defendant by electronic delivery, as follows:

Ali Mojibi Yazdi
amojibi@cov.com
**COVINGTON AND BURLING LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel: (424) 383-4800

_____ (BY MAIL) The envelope was mailed with postage thereon fully prepaid U.S. Mail.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. Postal Service on that same day. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date is more than one day after date of deposit for mailing an affidavit.

XX   (BY EMAIL) I caused to be delivered the foregoing document to addressee listed above in accordance with the Agreement between Counsel that service by that method is the equivalent of personal service.

_____ (BY PERSONAL SERVICE) I caused to be delivered the foregoing document to addressee listed above by messenger.

XX   (FEDERAL) I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Date: November 6, 2025                    ___/ _Elodie Bardon_____

                                                        Elodie Bardon

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE